# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Springmann, Theresa L. | 2. Court or Organization<br><br>Northern District of Indiana | 3. Date of Report<br><br>05/10/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | **5a. Report Type (check appropriate type)**<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
1300 South Harrison Street
Fort Wayne, IN 46802

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Master Card | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -Riversource Life Ins. Fixed account | A | Dividend | | | Redeemed (part) | 01/02/13 | J | | |
| 3. | | | | | Redeemed (part) | 02/01/13 | J | | |
| 4. | | | | | Redeemed | 02/26/13 | J | | |
| 5. -Riversource VP Div Bond C13 | A | Interest | | | Redeemed (part) | 01/02/13 | J | | |
| 6. | | | | | Redeemed (part) | 02/01/13 | J | | |
| 7. | | | | | Redeemed | 02/26/13 | J | | |
| 8. -Riversource VP Cash Mgmt C13 | A | Interest | | | Redeemed (part) | 01/02/13 | J | | |
| 9. | | | | | Redeemed (part) | 02/01/13 | J | | |
| 10. | | | | | Redeemed | 02/26/13 | J | | |
| 11. | | | | | | | | | |
| 12. Annutiy - Riversource Fixed Annuity | A | Dividend | K | T | Sold (part) | 02/26/13 | J | | |
| 13. | | | | | | | | | |
| 14. IRA #3 | | | | | | | | | |
| 15. -Riversource Life Ins. Fixed Account | B | Int./Div. | L | T | | | | | |
| 16. -Riversource COL VP Div Bond C13 | B | Dividend | L | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #4 | | | | | | | | | |
| 19. - Riversource Life Ins. Fixed Account | A | Dividend | J | T | | | | | |
| 20. -Riversource COL VP Div Bond C13 | A | Interest | K | T | | | | | |
| 21. -Riversource COL VP Cash Mgmt C13 | A | Interest | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. Chase Bank Account | A | Interest | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. T.Rowe Price Summit Cash Reserve | A | Interest | J | T | Buy (add'l) | 01/10/13 | J | | |
| 26. | | | | | Buy (add'l) | 01/15/13 | J | | |
| 27. | | | | | Buy (add'l) | 01/16/13 | J | | |
| 28. | | | | | Buy (add'l) | 01/28/13 | J | | |
| 29. | | | | | Buy (add'l) | 01/31/13 | J | | |
| 30. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 31. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 32. | | | | | Buy (add'l) | 03/11/13 | J | | |
| 33. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 34. | | | | | Buy (add'l) | 03/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 36. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 37. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 38. | | | | | Buy (add'l) | 04/29/13 | J | | |
| 39. | | | | | Buy (add'l) | 04/29/13 | J | | |
| 40. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 41. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 42. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 43. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 44. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 45. | | | | | Buy (add'l) | 12/10/13 | J | | |
| 46. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 47. | | | | | Sold (part) | 02/14/13 | J | | |
| 48. | | | | | Sold (part) | 02/14/13 | J | | |
| 49. | | | | | Sold (part) | 02/14/13 | J | | |
| 50. | | | | | Sold (part) | 02/14/13 | J | | |
| 51. | | | | | Sold (part) | 02/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/14/13 | J | | |
| 53. | | | | | Sold (part) | 04/29/13 | J | | |
| 54. | | | | | Sold (part) | 04/29/13 | J | | |
| 55. | | | | | Sold (part) | 04/29/13 | J | | |
| 56. | | | | | Sold (part) | 05/06/13 | J | | |
| 57. | | | | | Sold (part) | 05/06/13 | J | | |
| 58. | | | | | Sold (part) | 07/15/13 | J | | |
| 59. T. Rowe Price Capital Appreciation Fund | C | Dividend | K | T | Buy (add'l) | 02/14/13 | J | | |
| 60. | | | | | Buy (add'l) | 04/29/13 | J | | |
| 61. | | | | | Buy (add'l) | 05/06/13 | J | | |
| 62. | | | | | Buy (add'l) | 07/19/13 | J | | |
| 63. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 64. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 65. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 66. | | | | | Sold (part) | 10/23/13 | J | | |
| 67. T. Rowe Price Personal Strategy Income | A | Dividend | | | Buy (add'l) | 02/14/13 | J | | |
| 68. | | | | | Buy (add'l) | 03/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 04/29/13 | J | | |
| 70. T. Rowe Price Emerging Markets Bond | A | Dividend | | | Buy (add'l) | 01/31/13 | J | | |
| 71. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 72. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 73. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 74. | | | | | Sold | 04/29/13 | J | | |
| 75. T. Rowe Price Real Estate | A | Dividend | | | Sold | 02/14/13 | J | | |
| 76. Chevron common shares | A | Dividend | | | Buy | 07/10/13 | J | | |
| 77. Chevron common shares | A | Dividend | | | Sold | 12/31/13 | J | | |
| 78. Ford Common shares | A | Dividend | | | Sold | 01/11/13 | J | | |
| 79. Toll Brothers common shares | A | Dividend | | | Sold | 01/23/13 | J | | |
| 80. Bank of America | A | Dividend | | | Sold | 03/06/13 | J | | |
| 81. Coach Inc. common shares | A | Dividend | | | Sold | 04/23/13 | J | | |
| 82. T. Rowe Price New Asia | A | Dividend | | | Sold | 01/15/13 | J | | |
| 83. T. Rowe Price Emerging Markets Stock Mutual | A | Int./Div. | | | Sold | 01/10/13 | J | | |
| 84. T. Rowe Price New Income Fund | A | Dividend | J | T | Buy (add'l) | 01/31/13 | J | | |
| 85. | | | | | Buy (add'l) | 02/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 87. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 88. | | | | | Buy (add'l) | 04/29/13 | J | | |
| 89. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 90. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 91. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 92. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 93. | | | | | Buy (add'l) | 08/31/13 | J | | |
| 94. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 95. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 96. | | | | | Buy (add'l) | 11/29/13 | J | | |
| 97. | | | | | Buy (add'l) | 12/06/13 | J | | |
| 98. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 99. | | | | | Sold (part) | 07/19/13 | K | | |
| 100. T. Rowe Price Retirement Income Fund | B | Dividend | L | T | Buy (add'l) | 01/31/13 | J | | |
| 101. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 102. | | | | | Buy (add'l) | 02/28/13 | J | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/31/13 | J | | |
| 104. | | | | | Buy (add'l) | 04/29/13 | J | | |
| 105. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 106. | | | | | Buy (add'l) | 05/06/13 | J | | |
| 107. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 108. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 109. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 110. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 111. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 112. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 113. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 114. | | | | | Buy (add'l) | 11/29/13 | J | | |
| 115. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 116. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 117. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theresa L. Springmann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544